```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY JOHNSON, Individually and on Behalf of All Others Similarly Situated,

                        Plaintiff,

-against-

CENTERSTATE BANK CORPORATION, CHARLES W. MCPHERSON, JAMES H. BINGHAM, MICHAEL J. BROWN, SR., CHARLES DENNIS CARLTON, MICHAEL F. CIFERRI, JOHN C. CORBETT, JODY JEAN DREYER, GRIFFIN A. GREENE, JOHN H. HOLCOMB III, RICHARD MURRAY IV, GEORGE TIERSO NUNEZ, THOMAS E. OAKLEY, G. RUFFNER PAGE, JR. WILLIAM KNOX POU, JR., DANIEL ROBERT RICHEY, DAVID G. SALYERS, JOSHUA A. SNIVELY, SR., and MARK W. THOMPSON,

                        Defendants.

20 Civ. 2905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial pretrial conference scheduled for June 15, 2020, is ADJOURNED *sine die* in order to allow time for the filing of a motion or motions to appoint a lead plaintiff pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3).

      SO ORDERED.

Dated: June 9, 2020
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge